# Statement of Claim II    1 of 4

The petitioner further claims that it was Samuel Ports' and Frank Lees' positions as an elder and an ministerial servant that created their opportunity to molest petitioner William L Harding. Without these positions inside the Jehovahs' Witness Organization the opportunity would not have arised. It was these positions given by WatchTower Bible and Tract Society of NewYork Inc.; Christian Congregation of Jehovah' Witnesses Inc., Christian Congregation of Jehovahs Witnesses of Muskogee Oklahoma; that allowed the petitioner William L. Harding & his mother (a witness) & father to come to trust these men. Therefore Samuel Ports' and Frank Lees' position in the Jehovahs' Witnesses faith was a neccesary factor of the molestation of the petitioner.

Watch Tower as the top of the hierachial of the Jehovahs' Witness

S.O.C. II                                    2 of 4

organisation, with the Christian Congregation of Jehovahs Witnesses being only second to WatchTower, then it flows down to the individual Congregations. It was the hiring/retention of these men by WatchTower and Christian Congregation of Jehovahs Witnesses Inc., Christian Congregation of Jehovahs Witnesses of Muskogee Oklahoma, that gives them direct liability of the molestation. The neglect pleaded is that of the employer itself.

Both Samuel Portis and Frank Lee were given these positions of trust and authority as a Jehovahs Witness elder, Ministerial servant, religious instructor, counselor, surrogate parent.... Where they were able to use their position to commit the wrong acts against petitioner William L. Harding

Furthermore the petitioner states that the molestation occurred during or around religious activities which were and are sponsored and

S.O.C. II                                                   3 of 4

supported by Watch Tower and Christian Congregation of Jehovah Witnesses Inc. Christian Congregation of Jehovah's Witnesses of Muskogee Oklahoma.

Under the theory of negligent hiring an employer is held responsible for its hiring dicisions. This is a theory of direct liability. The allegations in petitioners claim also covers the theory of respondent superior, in which the employee must have been acting whithin the scope of his employment at the time of the wrong doing, and the employer is held liable for the employee's bad act " as an elder or ministerial servant than person is held responsible for all their actions as such at (all) times in their lives even more so after such appointment" Thus the petitione alleges both causes of liability, that pertains to Watch Tower, Christian Congregation of Jehovah's Witnesses Inc., and Christian Congregation of Jehovah's Witnesses of Muskogee Oklahoma. Also showing that Samuel Portis

S.O.C. II                                                                4/4

and Frank Lee were both hired/retained by WatchTower Christian Congregation of Jehovah's Witnesses Inc and Christian Congregation of Jehovah's Witnesses of Muskogee Oklahoma.

These acts of molestation were reported to the Christian Congregation of Jehovah's Witnesses of Oklahoma City "Central Congregation" after petitioner became actually aware of the wrongs done to him as a child. It was in 1996, there or about when examined by Dr John Smith, retained by "federal court" Public Defender William P. Early that petitioner became aware & understood the harm done. It was in 1997 or so when petitioner reported it to the Central Congregation of Oklahoma City. The Central Congregation and all others failed to report said abuse.

Respectfully Submitted
William Harding
234131
5-16-21